UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTOUCH MARKETING, INC., a Nevada corporation, d/b/a INTOUCH MEDICAL MARKETING; and QUALITY HEALTH PARTNERS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL ANZALDUA, an individual; and YULIANA ESPINOZA, an individual,<br><br>Defendants. | Case No. 8:23-cv-02457-AH-(KESx)<br><br>**FINAL JUDGMENT  [JS-6]** |

Pursuant to the Court's Order granting the Application for Default Judgment, IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. Judgment is entered in favor of Plaintiffs Intouch Marketing, Inc. and Quality Health Partners Inc. ("Plaintiffs") and against Manuel Anzaldua ("Anzaldua") for breach of contract and under 18 U.S.C. § 1836, *et seq.*; California Civil Code § 3426, *et seq.*; and California Penal Code §§ 496(a) and 496(c).

2. Plaintiffs are entitled to and hereby awarded damages against Anzaldua in the amount of $4,572,900.

3. Plaintiffs are entitled to and hereby awarded pre-judgment interest against Anzaldua in the amount of $207,304.80.

4. Plaintiffs may recover and are awarded their reasonable and necessarily incurred attorney's fees in the amount of $151,092 against Anzaldua.

5. Plaintiffs are awarded costs against Anzaldua in the amount of $6,235.61, which the Court finds to be reasonable and necessarily incurred by Plaintiffs.

6. The Judgment shall bear interest at the judgment rate from the date of entry until paid.

7. That Anzaldua (1) within 10 days of entry of this judgment is ordered to return all files and documents, whether hardcopy or electronic, that he has taken from Plaintiffs, destroy any electronic copies in his possession, custody, or control, and permit inspection of all computers and electronic storage devices in his possession, custody, or control to confirm their destruction, and (2) is permanently enjoined and barred from directly or indirectly, individually or through an entity or agent, engaging in any further misappropriation or disclosure of Plaintiffs' trade secrets and confidential information, including but not limited to using or disclosing Plaintiffs' templates, files, customer contracts, marketing materials, pricing terms, and terms of service in connection with a patient care call center business or other healthcare industry related enterprise.

This is a final judgment.

Dated: May 8, 2025

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE

CC:FISCAL